CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
cpotter@potterlawoffices.com
cj@potterlawoffices.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL LANDEROS, and, AMELIA VILLALBA; <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivison of the State of Nevada; SHERIFF DOUGLAS GILLESPIE, individually and as policy maker of Las Vegas Metropolitan Police Department; OFFICER SCOTT THOMAS, individually; OFFICER JOSEPH PARRA, individually; CLYDE VILLANUEVA, individually; and DOE OFFICERS 1 through 10, inclusive; <br><br> Defendants. | Case No. 2:14-cv-01525-JCM-CWH <br><br> **STIPULATION AND ORDER TO EXTEND RESPONSE TO MOTION FOR SUMMARY JUDGMENT** <br> **(Second Request)** |

COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiffs' Response to Defendants' Motion for Summary Judgment [ECF 28] filed on June 17, 2016, currently due August 25, 2016, be extended and additional twenty-two (22) days up to and including Friday, September 16, 2016.  Plaintiffs' were previously granted a forty-five (45) day extension through August 25, 2016 [ECF 30].

. . .

. . .

1    Although Plaintiffs' counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has been unable to complete the Response.  Since the filing of Defendants' Motion, Plaintiffs' counsel has had twenty (20) depositions; seven (7) preliminary hearings; seven (7) appellate briefs; numerous substantive motions and responses; as well as other general appearances and deadlines.  Additionally, Plaintiffs' counsel has the upcoming conflicts before beginning trial on August 29, 2016 in *Griffin v. Benson*, case number A-14-703734-C: two (2) previously extended appellate briefs; three (3) depositions; a court-ordered settlement conference; and trial preparation.  Upon concluding trial, Plaintiffs' counsel will have availability to finalize the Response.

This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Response be extended an additional twenty-two (22) days up to and including Friday, September 16, 2016.

APPROVED AS TO FORM AND CONTENT.

DATED this 15th day of August, 2016.        DATED this 15th day of August, 2016.

POTTER LAW OFFICES                          MARQUIS AURBACH COFFING

By  /s/ Cal J. Potter, III, Esq.            By  /s/ Craig R. Anderson, Esq.
CAL J. POTTER, III, ESQ.                    CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 1988                         Nevada Bar No. 6882
C. J. POTTER, IV, ESQ.                      10001 Park Run Drive
Nevada Bar No. 13225                        Las Vegas, NV 89145
1125 Shadow Lane                            *Attorney for Defendants*
Las Vegas, Nevada  89102
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

August 16, 2016
_____               _____
DATED                            UNITED STATES DISTRICT JUDGE