**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
    Attorneys for Defendants LVMPD, Thomas, Parra and Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL LANDEROS and AMELIA VILLALBA,<br><br>                              Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SCOTT THOMAS, individually; OFFICER JOSEPH PARRA, individually; OFFICER CLYDE VILLANUEVA, individually and DOE OFFICERS 1 through 10, inclusive,<br><br>                              Defendants | Case No.:    2:14-cv-01525-JCM-CWH |

## DEFENDANT OFC. JOSEPH PARRA'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR JULY 13, 2017

Defendant Officer Joseph Parra ("Parra"), by and through his attorneys of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, hereby files his Request for Exception of Attendance at the Settlement Conference Scheduled for July 13, 2017. ECF No. 41.

1. Defendant Parra has informed the undersigned that he will be out of state from July 10, 2017 through July 14, 2017 and will be unable to attend the settlement conference;

2. Defendant Parra has already purchased his plane ticket and a copy can be supplied to the court if necessary;

3. All other defendant officers will be in attendance;

4. Defendant LVMPD is indemnifying Ofc. Parra in this lawsuit; and

MAC:05166-835 3103915_1 6/2/2017 1:52 PM

5. Counsel for Defendant Parra and LVMPD Risk Management employees with full settlement authority will be present at the conference.

Dated this 5 day of June, 2017.

MARQUIS AURBACH COFFING

By: /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorney for Defendants

IT IS SO ORDERED.

DATED: June 7, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANT OFC. JOSEPH PARRA'S REQUEST FOR EXCEPTION OF ATTENDANCE REQUIREMENT AT THE SETTLEMENT CONFERENCE SCHEDULED FOR JULY 13, 2017** was submitted electronically for filing and/or service with the United States District Court on the 6th day of June, 2017. Electronic service of the foregoing document shall be made in accordance with the CM/ECF-Service List as follows:

Cal J. Potter, Esq.
C.J. Potter, IV, Esq.
Attorney for Plaintiffs
info@potterlawoffices.com
allison@potterlawoffices.com
cj@potterlawoffices.com
linda@potterlawoffices.com
dustin@potterlawoffices.com
Stacie@potterlawoffices.com
Tanya@potterlawoffices.com

I further certify that I served a copy of this document by mailing a true and correct copy thereof, postage prepaid, addressed to:

n/a

_____
an employee of Marquis Aurbach Coffing

Page 2 of 2

MAC:05166-835 3103915_1 6/2/2017 1:52 PM