# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGEL LANDEROS, et al.,

    Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:14-cv-01525-JCM-CWH

**ORDER**

Presently before the Court are Plaintiffs' counsel Cal J. Potter IV, Esq.'s motion to withdraw as attorney (ECF No. 47), and Plaintiffs' motion to stay case (ECF No. 49), filed on December 6, 2017. Defendants filed notices of non-opposition to both motions (ECF Nos. 50, and 51) on December 11, 2017.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." Plaintiffs' counsel has informed the Court that Cal Potter III passed away on November 22, 2017, and that Cal Potter IV cannot continue with representation in this matter. The Court will therefore grant both motions.

//
//
//
//
//
//
//
//
//

|   |   |
|---|---|
| 1 | IT IS THEREFORE ORDERED that Plaintiffs' counsel's motion to withdraw as attorney (ECF No. 47) is GRANTED.  The clerk shall remove Cal J. Potter III and Cal J. Potter IV as attorneys of record. |
| 4 | IT IS FURTHER ORDERED that the Clerk shall mail a copy of this order to Plaintiffs at the address provided in the motion to withdraw. |
| 6 | IT IS FURTHER ORDERED that Plaintiffs' motion to stay (ECF No. 49) is GRANTED.  This case is STAYED.  The parties must meet and confer and file a joint status report no later than February 13, 2018. |

DATED: December 12, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge