UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANGEL LANDEROS and AMELIA VILLALBA, <br><br> Plaintiff(s), <br><br> v. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendant(s). | Case No. 2:14-CV-1525 JCM (CWH) <br><br> ORDER |

Presently before the court is the matter of *Landeros et al v. Las Vegas Metropolitan Police Department et al*, case number 2:14-cv-01525-JCM-CWH.

On December 13, 2017, Magistrate Judge Hoffman granted plaintiffs' motion to stay proceedings pending retention of new counsel. (ECF No. 52). On February 9, 2018, plaintiffs filed a joint status report indicating that they had retained new counsel. (ECF No. 54).

Accordingly,

IT IS HEREBY ORDERED that the clerk shall lift the stay in the instant case.

DATED THIS 23rd day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**