**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
  Attorneys for Defendants LVMPD, Detective Thomas, Officer Parra and Officer Villanueva

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGEL LANDEROS and AMELIA VILLALBA,<br><br>                Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER SCOTT THOMAS, individually; OFFICER JOSEPH PARRA, individually; OFFICER CLYDE VILLANUEVA, individually and DOE OFFICERS 1 through 10, inclusive,<br><br>                Defendants | Case No.:    2:14-cv-01525-JCM-CWH |

## STIPULATION AND ORDER TO CONTINUE TRIAL
## (FIRST REQUEST)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Angel Landeros and Amelia Villalba, by and through their attorneys of record, Paola M. Armeni, Esq. of Gentile Cristalli Miller Armeni Savarese, and Defendants Las Vegas Metropolitan Police Department, Detective Scott Thomas, Officer Joseph Parra, and Officer Clyde Villanueva, by and through their attorneys of record, Craig R. Anderson, Esq., of Marquis Aurbach Coffing, that the trial currently set for September 24, 2018 (ECF No. 57) be continued to a date convenient for the Court on a stack beginning on either January 21, 2019; January 28, 2019; or February 4, 2019.

/ / /

/ / /

MAC:05166-835 3524735_1 9/20/2018 11:47 AM

This Stipulation is entered into for the following reasons:

1. On September 19, 2018, the parties presented at calendar call prepared to go to trial.

2. Due to unforeseen circumstances with the Court, the case is unable to be tried on the current stack beginning September 24, 2018.

3. Due to conflicts with both counsel's trial calendars and the scheduling of witnesses, the parties respectfully request that the new trial date be set on a stack beginning on January 21, 2019; January 28, 2019; or February 4, 2019.

4. The parties have met and conferred regarding the above-requested trial dates and have agreed to the same.

5. This is the first stipulation filed herein to continue the trial dates.

IT IS SO STIPULATED this 20th day of September, 2018.

| MARQUIS AURBACH COFFING | GENTILE CRISTALLI MILLER ARMENI SAVARESE |
|---|---|
| By: s/Craig R. Anderson<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Attorney for LVMPD Defendants | By: s/Paola M. Armeni<br>Paola M. Armeni, Esq.<br>Nevada Bar No. 8357<br>410 South Rampart Blvd., Ste. 420<br>Las Vegas, NV 89145<br>Attorney for Plaintiffs |

MAC:05166-835 3524735_1 9/20/2018 11:47 AM

## ORDER

IT IS SO ORDERED:

1. That the trial in this matter shall begin on **January 28, 2019 at 9:00 a.m.**;

2. The parties must appear for calendar call on **January 23, 2019 at 1:30 p.m.**

3. Any other deadlines set forth in this Court's Order Regarding Trial (ECF No. 57) shall be reset in accordance with the new trial date identified above.

IT IS SO ORDERED September 21, 2018.

_____
Judge James C. Mahan
UNITED STATES DISTRICT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:05166-835 3524735_1 9/20/2018 11:47 AM