**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**



* * * *

| | |
|---|---|
| ANGEL LANDEROS, *et al.*, | |
| Plaintiffs, | 2:14-cv-01525-JCM-CWH |
| vs. | MEAL ORDER |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | |
| Defendants. | |

This Court having ordered the jury impaneled in the above-entitled action kept together during the period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: January 30, 2019.

_____
JAMES C. MAHAN
United States District Judge

Page 1 of 1