UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ANGEL LANDEROS, *et al*.,      Case No. 2:14-cv-01525-JCM-CWH

Plaintiffs,      ORDER

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, *et al*.,

Defendants.

Presently before the court is the matter of *Landeros et al v. Las Vegas Metropolitan Police Department et al*, case no. 2:14-cv-01525-JCM-CWH.

On January 28, 29, and 30, 2019, the court conducted a jury trial in this case. (ECF Nos. 81, 83, 85). Thereafter, on February 15, 2019, defendant Joseph Parra filed a renewed motion for judgment as a matter of law. (ECF No. 93). The court finds that its resolution of the motion requires consideration of certain testimony presented at trial.

Accordingly,

IT IS ORDERED THAT the transcript of the testimony given by defendants Scott Thomas and Clyde Villanueva on January 29, 2019, be prepared for the court within seven (7) days from the date of this order.

IT IS SO ORDERED.

DATED THIS 17th day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE